# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHAEL TODD BOTELHO, | Case No. 3:22-cv-00191-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| OFFICE OF THE WARDEN, *et al.*, | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Michael Todd Botelho's letter. (ECF No. 4.) On May 9, 2022, the Court instructed Botelho to file either a complete application to proceed *in forma pauperis* ("IFP") or pay the $5 filing fee within 45 days. In addition, the Court instructed Botelho to file an amended petition on the Court's required form. On June 3, 2022, Botelho filed a letter stating that he "was under the impression that [this matter] was being transferred to another court." (ECF No. 4 at 1.) He further requests that the Court send a copy of any "opinions" issued. (*Id.*)

Due to the large number of civil actions pending before the Court, the Court is unable to respond to individual inquiries regarding the status of your case. The Court, however, instructs the Clerk of the Court to send a courtesy copy of its previous order (ECF No. 3) to Botelho.

It is therefore ordered that the Clerk of the Court is instructed to send a courtesy copy of the Court's May 9, 2022 Order (ECF No. 3) to Petitioner Michael Todd Botelho.

DATED THIS 9th Day of June 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE